# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | |
| Jose Benjamin Ortiz-Rivera | § | 1:04-CR-924 |

### ORDER GRANTING MOTION FOR CONTINUANCE

On this the 19th day of May, 2005, an Oral Motion for Continuance was considered by the Court. There being no opposition to the continuance, the Court, after reviewing the Motion, is of the opinion that good cause being shown, the Motion should be and is hereby **GRANTED.**

The new scheduling dates are as follows:

| | |
|---|---|
| Motions are due: | May 31, 2005 |
| Responses are due: | June 13, 2005 |
| Motion Hearing: | June 22, 2005 at 9:00 A.M. |
| | Before Judge Felix Recio |
| Pre-Trial Conference: | June 29, 2005 at 1:30 P.M. |
| Jury Selection: | July 06, 2005 at 9:00 A.M. |

DONE at Brownsville, Texas, this 19th day of May, 2005.

_____
Felix Recio
United States Magistrate Judge